UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

DAVID CORTIZA, individually,

    Plaintiff,

v.

THE FIRM OF JOHNSTON & ASSOCIATES
INC., a Florida corporation,                       **JURY DEMAND**

    Defendant.
_____/

## **COMPLAINT**

1. Plaintiff DAVID CORTIZA alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA") against Defendant THE FIRM OF JOHNSTON & ASSOCIATES INC.

## **JURISDICTION AND VENUE**

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d), as this is a civil action arising under the laws of the United States.

3. This Court has personal jurisdiction over the Defendant because the telephone calls forming the basis of this action were placed by the Defendant into this District, and because Defendant conducts business in this District by regularly placing telephone calls, sending mail, and transacting with alleged debtors in this District.

4. Venue in this District is proper because the Plaintiff resides here and received telephone calls from Defendant within this District.

5. Plaintiff DAVID CORTIZA is a natural person and a citizen of the State of Florida, residing in Miami-Dade County, Florida. Said Plaintiff had dominion over the cellular telephones that Defendant was calling.

6. Defendant THE FIRM OF JOHNSTON & ASSOCIATES INC. ("Johnston & Associates") is a debt collector that operates from offices located at 6245 Powerline Road, Suite 204, Fort Lauderdale, FL 33309; Plaintiff further alleges that Johnston & Associates is a citizen of the State of Florida.

1. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of consumer debts.

2. Defendant regularly collects or attempts to collect consumer debts for other persons.

3. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692(a)(6).

## FACTUAL ALLEGATIONS

4. Plaintiff previously obtained a personal loan from Cashcall, Inc.

5. Plaintiff obtained and used this loan for primarily personal, household, and family purposes.

6. Plaintiff allegedly failed to repay this loan, and Johnston & Associates was engaged to attempt to collect this debt.

7. Johnston & Associates subsequently discovered Plaintiff's cellular telephone number, and began placing telephone calls to the Plaintiff in an effort to collect the alleged debt.

8. On July 12, 2013, Johnston & Associates called said cellular telephone and left the following voicemail:

> This message is for David Cortiza, please call Tim Eskavel with the firm of Johnston & Associates, 877-684-7734, extension 723. Our client has asked for final resolution on your file, [REDACTED]. This is a time sensitive personal business matter.

>It is important for you or your attorney to contact our office. Thank you.

9. This message failed to disclose that the caller was a debt collector as required by 15 U.S.C. § 1692e(11) of the FDCPA.

## COUNT I
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

10. Plaintiff incorporates paragraphs 1 through 9 herein.

11. Defendant violated the FDCPA by failing to disclose that the caller was a debt collector as required by 15 U.S.C. § 1692e(11). See Foti v. NCO Financial Systems, Inc., 424 F. Supp. 2d 643, 669 (S.D.N.Y. 2006).

WHEREFORE, Plaintiff DAVID CORTIZA requests that the Court enter judgment in favor of Plaintiff and against Defendant THE FIRM OF JOHNSTON & ASSOCIATES INC. for:

   a. actual damages;

   b. statutory damages of $1,000.00;

   c. attorney's fees, litigation expenses, and costs of the instant suit, and;

   d. such other or further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 17th day of July, 2013.

>BRET L. LUSSKIN, Esq.
>1001 N. Federal Hwy., Ste 106
>Hallandale Beach, Florida 33009
>Telephone: (954) 454-5841
>Facsimile: (954) 454-5844
>blusskin@lusskinlaw.com
>
>By: /s/ Bret L. Lusskin, Esq.
>   Bret L. Lusskin, Esq.
>   Florida Bar No. 28069