UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-22579-CIV-MORENO

DAVID CORTIZA,

    Plaintiff,

vs.

THE FIRM OF JOHNSTON & ASSOCIATES, INC.,

    Defendant.
_____/

## ORDER GRANTING VERIFIED MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS

THIS CAUSE came before the Court upon the Plaintiff's Verified Motion for Award of Attorney's Fees and Costs **(D.E. No. 12)**, filed on **September 25, 2013**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. The Court awards Plaintiff reasonable attorney's fees and costs in the amount of $3,870. The Court also awards interest pursuant to 28 U.S.C. § 1961. For which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of October, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record