UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:13-cv-22579-FAM

FILED by CBL D.C.
OCT 28 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

DAVID CORTIZA, individually,

    Plaintiff,

v.

THE FIRM OF JOHNSTON & ASSOCIATES
INC., a Florida corporation,

    Defendant.
_____/

## MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT

Plaintiff hereby moves this Court for issuance of a writ of garnishment directed to **Suntrust Bank**, 777 Brickell Ave., Miami, FL 33131, who is believed by Plaintiff to have possession or control of tangible or intangible assets of defendant in the above-entitled action, and avers as follows:

1. On October 11, 2013, Plaintiff obtained final default judgment against Defendant in this action, which was brought under 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act.

2. Plaintiff also obtained a Final Judgment of Attorney's Fees on October 3, 2013, and a Bill of Costs on September 17, 2013.

3. The total amount of the judgment debt is $5,360.00, including:

    a. Final Default Judgment in the sum of $1,000.00. [DE 16]

    b. Final Judgment of Attorney's Fees in the sum of $3,870.00. [DE 14]

    c. Bill of Costs in the sum of $490.00. [DE 11]

4. Plaintiff believes that Defendant will not have in Defendant's possession, after execution is issued, tangible or intangible property in the state and in the county in which the action is pending on which a levy can be made sufficient to satisfy Plaintiff's claim.

5. Consequently, Plaintiff requests that a writ of garnishment be issued against the above-mentioned garnishee as to whatever tangible and intangible personal property of Defendant that garnishee has in its possession or control.

6. Plaintiff has deposited $100.00 into the court registry as required by Florida Statute § 77.28.

7. A proposed writ of garnishment for issuance to the above-mentioned garnishee is attached hereto as Exhibit A.

8. A motion for appointment of process server for service of the writ is attached hereto as Exhibit B, along with a proposed order granting the same.

### MEMORANDUM OF LAW

Rule 64 of the Federal Rules of Civil Procedure make available every remedy that is available under the law of the state where the court is located. Rule 64(b) specifically includes remedy of garnishment. In Florida, the process for garnishment after a judgment has been obtained is governed by Fla. Stat. § 77.03, which requires that the Plaintiff file a motion requesting the writ, and setting forth the amount of the judgment. In this case, the amount is $16,000.00.

WHEREFORE Plaintiff hereby requests that the Court issue a writ of garnishment to Suntrust Bank for the sum of $5,360.00.

Dated this 11th day of October, 2013.

BRET L. LUSSKIN, Esq.
*Attorney for Plaintiff*

         1001 N. Federal Hwy., Ste 106
         Hallandale Beach, Florida 33009
         Telephone: (954) 454-5841
         Facsimile: (954) 454-5844
         blusskin@lusskinlaw.com

By: _____
         Bret L. Lusskin, Esq.
         Florida Bar No. 28069

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of October, 2013, the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

         BRET L. LUSSKIN, Esq.
         *Attorney for Plaintiff*
         1001 N. Federal Hwy., Ste 106
         Hallandale Beach, Florida 33009
         Telephone: (954) 454-5841
         Facsimile: (954) 454-5844
         blusskin@lusskinlaw.com

By: _____
         Bret L. Lusskin, Esq.
         Florida Bar No. 28069