FILING FEE
PAID 100.00
In Forma Pauperis
Steven M. Larimore, Clerk

FILED by CMC D.C.
OCT 28 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:13-cv-22579-FAM

DAVID CORTIZA, individually,
    Plaintiff,

v.

THE FIRM OF JOHNSTON & ASSOCIATES
INC., a Florida corporation,
    Defendant.

and

SUNTRUST BANK, a foreign corporation,
    Garnishee.
777 Brickell Avenue, Miami, Fl 33131

## WRIT OF GARNISHMENT

THE STATE OF FLORIDA:
To Each Sheriff of the State:

YOU ARE COMMANDED to summon the Garnishee SUNTRUST BANK to serve an answer to this writ on Bret Lusskin, Esq., Plaintiff's attorney, whose address is 20803 Biscayne Blvd., Ste 302, Aventura, FL, 33180, within 20 days after service on the Garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendant, THE FIRM OF JOHNSTON & ASSOCIATES, INC., at the time of the answer or was indebted at the time of service of the Writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendant the Garnishee is in possession or control of at the time of the answer or had at the time of service of this Writ, or at any time between such times, and whether the garnishee knows of any other person indebted to the defendant or who may be in possession or control of any of the property of the defendant. The amount set in Plaintiff's motion is $5,360.00.

DATED on October 28, 2013.

CLERK OF COURT    **Steven M. Larimore**

_[signature]_