UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:    1:13-cv-22579-FAM

DAVID CORTIZA, individually

        Plaintiff,

vs.

THE FIRM OF JOHNSTON & ASSOCIATES INC.,
a Florida corporation

        Defendant,
and

SUNTRUST BANK

        Garnishee.
_____/

## ANSWER OF THE GARNISHEE, SUNTRUST BANK

Garnishee, SUNTRUST BANK, hereby Answers the Writ of Garnishment ("Writ') served upon it as follows:

1. Garnishee had at the time of service of the Writ, plus sufficient time not to exceed one (1) business day, at the time of making this Answer and at all times between such periods, three (3) accounts designated:

| JOHNSTON & ASSOCIATES INC PAYROLL ACCOUNT PO BOX 23730 FORT LAUDERDALE FL 33307 Account # ending in 7954 Amount Held: $449.99 | JOHNSTON & ASSOCIATES INC OPERATING ACCOUNT PO BOX 23730 FORT LAUDERDALE FL 33307 Account # ending in 7939 Amount Held: $10,270.01 | JOHNSTON & ASSOCIATES INC TRUST ACCOUNT PO BOX 23730 FORT LAUDERDALE FL 33307 Account # ending in 7947 Amount Held: $0.00 |
|---|---|---|

**Garnishee has retained $10,720.00 (balance in excess) pursuant to the Writ.**

2. Prior to retaining the sum described above, Garnishee has offset an administrative fee of $100.00 as allowed by Garnishee's deposit agreement and not as an attorney fee.

3. Garnishee has no other tangible or intangible personal property of said Defendant in its possession or control at the time of this Answer, and had no such property in its possession or

control at the time of service of the Writ, nor at any time between such periods.

4. Pursuant to Florida Statute 77.06(2), Garnishee does not know of any other person, firm, or corporation which has an ownership interest in the involved property or may have any of the goods and possessions of said Defendant, at the time of service of the Writ, plus sufficient time not to exceed one (1) business day, at the time of making this Answer and at all times between such periods, in its or their possession or control.

5. Garnishee has no obligation to make, and has not made, a factual determination whether the property of the Defendant(s) in its possession or control is subject to any exemption provided to the Defendant(s) by State or Federal Law.

6. The undersigned counsel, a member of the Florida Bar and attorney for Garnishee, SUNTRUST BANK, has prepared this Answer to the Writ. The Garnishee hereby demands that the Clerk award the $100.00 statutory attorney garnishment fee for having legal representation in this garnishment action, as provided by Section 77.28, Florida Statutes, payable to SUNTRUST BANK.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by email to: Bret Lusskin, Jr. (blusskin@lusskinlaw.com) Attorney for Plaintiff, this 13th day of November, 2013.

SUNTRUST BANK

By: _____
JOHN A. BARRY
legaldocuments@suntrust.com
Florida Bar No.: 671541
200 South Orange Avenue
Mail Code: Fl-Orlando-2034
Orlando, Florida 32801
Telephone: (407) 237-4640
Attorney for Garnishee