UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:13-cv-22579-FAM

DAVID CORTIZA, individually,
    Plaintiff,
v.

THE FIRM OF JOHNSTON & ASSOCIATES
INC., a Florida corporation,
    Defendant.
and

SUNTRUST BANK, a foreign corporation,
    Garnishee.
_____/

## SATISFACTION OF JUDGMENT AGAINST GARNISHEE

Whereas judgment was entered in this action on January 2, 2014, in favor of Plaintiff DAVID CORTIZA, and against Garnishee SUNTRUST BANK in the amount of $5,360.00 [ECF No. 27], and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshal,

WHEREFORE, full and complete satisfaction of said judgment against Garnishee is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 13th day of January, 2014.

    BRET L. LUSSKIN, Esq.
    *Attorney for Plaintiff*
    20803 Biscayne Blvd., Ste 302
    Hallandale Beach, Florida 33009
    Telephone: (954) 454-5841
    Facsimile: (954) 454-5844
    blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
    Bret L. Lusskin, Esq.
    Florida Bar No. 28069

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 13th, 2014, the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>BRET L. LUSSKIN, Esq.
>*Attorney for Plaintiff*
>20803 Biscayne Blvd., Ste 302
>Hallandale Beach, Florida 33009
>Telephone: (954) 454-5841
>Facsimile: (954) 454-5844
>blusskin@lusskinlaw.com
>
>By:  /s/ Bret L. Lusskin, Esq.
>       Bret L. Lusskin, Esq.
>       Florida Bar No. 28069